> **FILED**
> US DISTRICT COURT
> WESTERN DISTRICT
> OF ARKANSAS
> Nov 29, 2023
> OFFICE OF THE CLERK

# In the United States District Court

Western District Of Arkansas

———————— Division

Kendall, Jamal, Washington

213258

*(In the space above enter your full name and Prison ID*
*Number, if any. **Do not include your Social Security Number**).*

-against-

Ricky Roberts

Lisa Worley

Orlando Dennis

———————————————

*(In the space above enter the full name of each Defendant)*

**Case**

**No.** 23-1107

(To be filled out by Clerk's
Office only)

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Kendall, Jamal, Washington
Name (First, Middle, Last)                                    Aliases

213258
Prisoner ID #, if any

(UCDC) Union County Detention Center / Jail
Place of Detention or Incarceration

Page 1 of 11

250 American Road ElDorado, Ar. 71730

Address (*If detained, facility address*)

Union, ElDorado,        Ar            71730

County, City                    State            Zip Code

## II.     PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____

☐ Other. Explain: _____

_____

## III.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:     Roberts, Ricky

Name (Last, First)

Sheriff

Current Job Title

250 American Rd.

Current Work Address

Union, ElDorado,     Ar.        71730

County, City                State            Zip Code

Defendant 2: Worley, Lisa
Name (Last, First)

Captain
Current Job Title

250 American Road
Current Work Address

Union, ElDorado          Ar.          71730
County, City                State          Zip Code


Defendant 3: Dennis, Orlando
Name (Last, First)

Officer
Current Job Title

250 American Road
Current Work Address

Union, ElDorado, Ar.          71730
County, City                State          Zip Code


Defendant 4:
Name (Last, First)


Current Job Title


Current Work Address


County, City                State          Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:  (UCDC) F-POD

Date(s) of occurrence:  7-6-2023

Name of Each Defendant Involved:

Orlando Dennis

Ricky Roberts

Lisa Worley

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

① Conditions of confinment ② To Not be Sexual assualted (verbally) by a OFFicer ③ To be Free From Cruel and UNusual Punishment ④ To Not be Sexually Harassed

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:  I was in F-Pod day area on 7-6-2023 at 8:30 Am. when OFFicer ORLando Dennis approached me and engaged in conversation about working Out. I was in the middle oF exercising and Sweaty with No Shirt on when I told Mr. Dennis that we were the same age, after inquiring on his age

What happened to you?

Cont. From
Page 5

I took the tray but was So taken aback that
i could not eat the tray. So I hit the button
in my cell and told Officer Cheyenne that
I needed an Sgt or Lt down here immediately
and that I had been Sexually assaulted (verbally)
by deputy Officer Orlando Dennis I was
called out of my cell by Sgt Ashley Russel
and Sgt Destiny and was told to repeat
what happened to me on camera. From that
day to this one I have feared for my life and
Safety, etc. This Sexual assault verbally
has traumatized me and has caused me to have
night mare and sleepiness since this had happened
I am having signs of PTSD and become anti-social
due to the perverted thing said to me by Mr. Orlando
Dennis For no reason at all. Mr. Dennis body cam
was also present and on during this altercation.
I also have a witness to incident that was in
the cell with me. I have already made arrangements
to see a mental health Professional upon
my release from Jail to get treatment etc.
and i have experienced a blackout and having
to be taken to E.R. since this has happened
also which i attribute to this incident

<table>
<tr><td>Who did what?</td></tr>
</table>

I also stated that he should get back into working out and he stated he didn't need to workout anymore that all his Muscles were in his dick. I immeditatly walked away from MR Orland Dennis and continued to exercise and that same afternoon at 6:18 PM MR. Dennis was in F-Pod Passing out trays with no Protective gloves on when MR. Dennis' made it to my cell I asked if he could Put on gloves before Passing my tray and at that time MR. Dennis told me that the only time he uses gloves is when he Puts them on his dick and gets ready to Fuck

<table>
<tr><td>How were you injured?</td></tr>
</table>

Cont.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☑ Official capacity only (An official capacity claim is the same as suing the governmental entity– the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Being Sexual assaulted/Harassed etc (verbally)

The Right to be Free From cruel and unusual Punishment/treatment etc.

To have a SaFe enviroment

**Claim Number 2:**

Place(s) of occurrence:

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? | _____ |
|---|---|

| Who did what? | _____ |
|---|---|

| How were you injured? | _____ |
|---|---|

_____

_____

_____

_____

_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*__If you are asserting an official capacity claim__, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of
occurrence:                    _____

Date(s) of occurrence:        _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| | |
|---|---|
| What happened to you? | _____ |
| | _____ |
| | _____ |
| Who did what? | _____ |
| | _____ |
| | _____ |
| | _____ |
| How were you injured? | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☐    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I am asking that the court award me with $50,000 For Future counseling (Mental health) medication etc. and emotional duress, Problems etc all associated with this occurence and that the OFFicers guards etc be held accountable For their actions and held to the Same standards as anyone else committing this violation, crime would be and that the officers here would be Properly be trained in regard to working with inmates etc.

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?    ☐ Yes    ☑ No

      If yes, how many?    _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

      If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11-13-23
Dated

*Kendall Jamal Washington*
Plaintiff's Signature

Kendall J. Washington
Printed Name (First, MI, Last)

213259
Prison Identification #, if any.

(U CDC)
250 American Road, ElDorado, Ar   71730
Prison Address          City          State     Zip Code

Kendall Washington
250 American Rd.
El Dorado, Ar 71730

This Mail Originated
From A Criminal
Justice Facility

FIRST-CLASS

US PO

Received WD/AR
NOV 22 2023
U.S. Clerk's Office

Pro Se Law Clerk
35 East Mountain
Suite 510
Fayetteville, Ar